COURT OF APPEALS

                                                 SECOND
DISTRICT OF TEXAS

                                                                FORT
WORTH

 

 

                                        NO.
2-09-345-CR

 

 

CHERYLE TAYLOR WIGGINS                                                 APPELLANT

 

                                                   V.

 

THE STATE OF TEXAS                                                                STATE

 

                                              ------------

 

           FROM
THE 297TH DISTRICT COURT OF TARRANT COUNTY

 

                                              ------------

 

                                MEMORANDUM OPINION[1]

 

                                              ------------








A jury
convicted Appellant Cheryle Taylor Wiggins of felony driving while intoxicated
and assessed her punishment at sixteen years=
confinement and a $10,000 fine.  The
trial court sentenced her accordingly. 
In her sole point, Appellant contends that the trial court erred by
ordering that she pay court costs and attorney=s fees
as a condition of parole.  The trial
court did not so order but merely Arecommend[ed] that
any unpaid amounts be added as a condition of parole,@ which
is permissible.[2]  [Emphasis added.]  We therefore overrule Appellant=s sole
point and affirm the trial court=s
judgment.

 

 

LEE ANN DAUPHINOT

JUSTICE

 

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GABRIEL, JJ.

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED: August 31, 2010











[1]See Tex. R. App. P. 47.4.





[2]See Ceballos v. State, 246 S.W.3d 369, 373
(Tex. App.CAustin 2008, pet. ref=d) (noting that trial
court has authority to recommend parole conditions and modifying judgment
conditioning parole upon payment of court costs, fines, and attorney=s fees to instead
recommend that parole board order payment); McNeill v. State, 991 S.W.2d
300, 302B03 (Tex. App.CHouston [1st Dist.] 1999,
pet. ref=d, untimely filed)
(upholding judgment that recommended payment of restitution as condition of
parole).